**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6632**

FRANK G. RENDON,

        Plaintiff - Appellant,

   v.

UNITED STATES OF AMERICA,

        Defendant - Appellee,

   and

OFFICER FOSTER,

        Defendant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:19-ct-03227-BO)

Submitted:  December 20, 2022                    Decided:  December 27, 2022

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Frank G. Rendon, Appellant Pro Se.  Sharon Coull Wilson, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina,

for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank G. Rendon appeals the district court's orders dismissing his civil action under the Federal Tort Claims Act and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Rendon v. United States*, No. 5:19-ct-03227-BO (E.D.N.C. Dec. 20, 2021 & May 9, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*